# IN THE SUPREME COURT OF THE STATE OF NEVADA

MYCHELLE LAY,
Appellant,

vs.

ZACHARIAH LAY,
Respondent.

No. 81494

**FILED**

AUG 2 8 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was docketed on July 22, 2020, without payment of the requisite filing fee. *See* NRAP 3(e). That same day, this court issued a notice directing appellant to pay the required filing fee or demonstrate compliance with NRAP 24 within 10 days. The notice advised that failure to comply would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, this appeal is dismissed. *See* NRAP 3(a)(2).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. Bryce C. Duckworth, District Judge, Family Court Division
Mychelle Lay
Zachariah Lay
Eighth District Court Clerk

20-31775